IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 4:18-CR-47-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRANDON DUWAYNE WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant Brandon Duwayne Wright's motion for discovery and production of documents [D.E. 99]. The response is due not later than May 20, 2022.

SO ORDERED. This 29 day of April, 2022.

JAMES C. DEVER III
United States District Judge