IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CR-47-D

UNITED STATES OF AMERICA,        )
                                 )
            v.                   )            ORDER
                                 )
BRANDON WRIGHT,                  )
                                 )
            Defendant.           )
                                 )

On April 8, 2022, defendant filed a motion for discovery and production of documents pursuant to Rule 6 governing 28 U.S.C. § 2255 [D.E. 99]. On May 17, 2022, the government responded in opposition [D.E. 103]. For the reasons stated in the government's response, the court denies defendant's motion for discovery and production of documents [D.E. 99].

On May 16, 2022, defendant filed a motion to extend time to file a motion under 28 U.S.C. § 2255 [D.E. 102]. The motion is granted in part. If defendant wishes to file a motion under 28 U.S.C. § 2255, the motion shall be filed with the court not later than August 5, 2022.

In sum, defendant's motion for discovery and production of documents [D.E. 99] is DENIED, and defendant's motion to extend time to file a motion under 28 U.S.C. § 2255 [D.E. 102] is GRANTED IN PART. If defendant wishes to file a motion under 28 U.S.C. § 2255, it is due not later than August 5, 2022.

SO ORDERED. This __25__ day of May, 2022.

                                    JAMES C. DEVER III
                                    United States District Judge